IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sutton, Letitsha L

Printed: 01/06/09

Case Number: 08 B 23588
Judge: Hollis, Pamela S
Filed: 9/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,100.00 | 0.00 |
| 2. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 15,000.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 95.93 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 75.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 53.47 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured | 61.16 | 0.00 |
| 10. | AMC Mortgage Serivces | Unsecured |  | No Claim Filed |
| 11. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 12. | Chase | Unsecured |  | No Claim Filed |
| 13. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 14. | Option One Mortgage Corp | Unsecured |  | No Claim Filed |
| 15. | Receivable Management SE | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,385.56 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sutton, Letitsha L

Printed: 01/06/09

Case Number:  08 B 23588
Judge:  Hollis, Pamela S
Filed:  9/6/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

